# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JAN 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>RAFAEL ONTIVEROS-CALDERON<br>*Defendant* | )<br>)  Case No. 1:12-cr-00442-AWI-BAM<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/20/15

X_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GARY HUSS
*Printed name of defendant's attorney*

_____
*Judge's signature*

Anthony W. Ishii. United States District Judge
*Judge's printed name and title*